# Court of Appeals
# of the State of Georgia

ATLANTA, __June 26, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2062. WILLIAM J. GREEN v. VINCENT KEITT.**

William J. Green brought a civil action against Vincent Keitt in magistrate court. After the magistrate court dismissed the case, Green appealed to state court. That court entered judgment in favor of Keitt. Green then filed a direct appeal to the Supreme Court, which transferred the case here.

Appeals from state court orders reviewing decisions of the magistrate court must be taken by application for discretionary review. OCGA § 5-6-35 (a) (11); *Salaam v. Nasheed*, 220 Ga. App. 43 (469 SE2d 245) (1996). Because Green failed to follow the necessary appellate procedure, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/26/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*